UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-23983-CIV-MORENO

LAZARO D ECHEVARRIA,

    Plaintiff,

vs.

WIRELESS ONE LLC and ALI A. ALI,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Joint Motion to Approve Settlement and Dismissal with Prejudice **(D.E. 24)**, filed on **January 11, 2017**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that the motion is GRANTED. This Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___13___ of January 2017.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record